**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

DANIEL A. LOPEZ, SR.,     )
            )  Civil Action No. 10 – 1461
      Plaintiff, )
            )  District Judge Arthur J. Schwab
     v.     )
            )
WARDEN J. BARRY JOHNSON;  )
BERNARD McQUILLAN, M.D.; and )
DUSTIN BOWERS, P.A.     )
            )
      Defendants.

## MEMORANDUM ORDER

   The above captioned case was initiated by the filing of a Motion to Proceed *In Forma Pauperis*

(ECF No. 1) on October 25, 2010, and was referred to a United States Magistrate Judge for pretrial

proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules

for Magistrate Judges.

   The Magistrate Judge filed a Report and Recommendation on August 11, 2011 (ECF No. 54)

recommending that the Complaint be dismissed for failure to prosecute. Plaintiff was served with the

Report and Recommendation at the address he provided to the Court and was advised that he had until

August 29, 2011 to file written objections to the Report and Recommendation. No objections have

been filed.

   After *de novo* review of the pleadings and documents in the case, together with the Report and

Recommendation, the following order is entered:

AND NOW, this 31ˢᵗ day of August, 2011;

IT IS HEREBY ORDERED that the Complaint is DISMISSED for failure to prosecute.

IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment (ECF No. 46) is DENIED as moot.

IT IS FURTHER ORDERED that the Report and Recommendation (ECF No. 54) is ADOPTED as the Opinion of the Court.

IT IS FURTHER ORDERED that the Clerk of Court mark this case CLOSED.

AND IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

By the Court:

s/      Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:     Daniel A. Lopez, FR – 6965
        SCI Pine Grove
        191 Fyock Road
        Indiana, PA   15701